**Electronically Filed
Supreme Court
SCAP-22-0000547
09-SEP-2024
10:00 AM
Dkt. 66 OGDMR**

SCAP-22-0000547

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

RONNIE R. LLANES; SHARON L. LLANES;
LAUREN C. CODIE, in her capacity as Personal Representative of
the Estate of Michael Codie (Deceased); and LAUREN C. CODIE,
Plaintiffs-Appellants,

vs.

BANK OF AMERICA, N.A.; CHRIS EDWARD K. KAM; KRISTEN M. KAM;
JP MORGAN CHASE BANK, N.A.; AKIKO MIYAZAKI, INDIVIDUALLY
AND AS TRUSTEE OF THE AKIKO MIYAZAKI REVOCABLE LIVING TRUST
DATED SEPTEMBER 7, 2017; MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; and HIGHTECHLENDING, INC.,
Defendants-Appellees.

---

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CAAP-22-0000547; CASE NO. 3CC19100106K)

<u>ORDER GRANTING IN PART MOTION FOR RECONSIDERATION</u>
(By: Recktenwald, C.J., McKenna and Eddins, JJ., Circuit
Judge Wong, assigned by reason of vacancy, and Circuit
Judge Somerville, in place of Circuit Judge Chang, recused)

Upon consideration of Plaintiffs-Appellants' motion
for reconsideration filed on July 1, 2024, errata to motion for
reconsideration filed on July 5, 2024, Defendant-Appellee Bank
of America, N.A.'s response in opposition to the motion for
reconsideration filed on July 12, 2024, Plaintiffs-Appellants'

reply memorandum filed on July 19, 2024, and the record and files herein,

It is ordered that the motion is granted in part. An amended opinion will be filed contemporaneously with this order.

DATED: Honolulu, Hawaiʻi, September 9, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Paul B.K. Wong

/s/ Rowena A. Somerville

2